1 | McGREGOR W. SCOTT
United States Attorney
2 | JAMES R. CONOLLY
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |





SEALED

FILED

MAR 3 0 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6 | Attorneys for Plaintiff
United States of America
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,                CASE NO.
                                         2:18-MJ-0075  AC
12 |        v.
                                         [PROPOSED] ORDER RE: REQUEST TO SEAL
13 | JOSE GARCIA-LOPEZ                        DOCUMENTS

14 |                                         **UNDER SEAL**

15 |

16 |                        **SEALING ORDER**

17 |        Upon application of the United States of America and good cause having been shown,

18 |        IT IS HEREBY ORDERED that the Complaint and Arrest Warrant in the above-entitled

19 | proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered

20 | by this Court.

21 |

22 | Dated:    3/30/18                          _____
                                              an—Clna
23 |                                           Hon. Allison Claire
                                              U.S. MAGISTRATE JUDGE
24 |

25 |

26 |

27 |

28 |

SEALING ORDER                                1